[No. 7610-1-II. Division Two. February 14, 1986.]

*In the Matter of the Marriage of* WILLIAM THOMAS HORTON, *Appellant, and* LOTTIE MAE HORTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-3-03948-0, William L. Brown, Jr., J., entered January 27, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7483-4-II. Division Two. February 14, 1986.]

LULA WETZEL, *Respondent,* v. KITSAP COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-2-00091-4, Robert J. Bryan, J., entered December 30, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 7232-7-II. Division Two. February 18, 1986.]

ELDON L. ERICKSON, ET AL, *Appellants,* v. PACIFIC SECURITY COMPANIES, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-2-00581-1, Gerald B. Chamberlin, J., entered August 15, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrie, J. Pro Tem.